# UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
300 QUARROPAS STREET
WHITE PLAINS, NEW YORK 10601
914 390 4130

Chambers of  June 24, 2020
**Hon. Lisa Margaret Smith**
United States Magistrate Judge

## CANCELLATION NOTICE

The status conference scheduled for Monday, June 29, 2020, at 10:00 AM, before the Honorable Lisa Margaret Smith, United States Magistrate Judge, in the matter of <u>Trustees of the Laundry, Dry Cleaning Workers and Allied Industries Health Fund, Workers United v. Oceanside Institutional Industries, Inc.</u>, 17-cv-82 (PMH) (LMS), has been *cancelled*.

SO ORDERED: _____
Hon. Lisa Margaret Smith
U.S.M.J.