# UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
300 QUARROPAS STREET
WHITE PLAINS, NEW YORK 10601
914 390 4130

Chambers of
**Hon. Lisa Margaret Smith**
United States Magistrate Judge

July 7, 2020

## <u>CANCELLATION  NOTICE</u>

The status conference scheduled for Thursday, July 23, 2020, at 11:15 AM, before the

Honorable Lisa Margaret Smith, United States Magistrate Judge, in the matter of <u>Trustees of the</u>

<u>Laundry, Dry Cleaning Workers and Allied Industries Health Fund, Workers United v.</u>

<u>Oceanside Institutional Industries, Inc.</u>, 17-cv-82 (PMH) (LMS), has been ***cancelled***.


SO ORDERED:

Hon. Lisa Margaret Smith
U.S.M.J.